In the Matter of Central Republican Club.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ

David J. Bondy, Respondent, v. Jacob A. Jacobs and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Martha M. Ebbestad and Another, Respondents, v. General American Radio Manufacturing Corporation and Another, Defendants. John F. Fitzpatrick and Another, Appellants.— Order modified by striking out allowance of $500 to each of the attorneys for plaintiff for services rendered herein since the date of entry of the final judgment of April 18, 1928, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Blanche Hollander, Appellant, v. William A. Brown, Defendant, Impleaded with James Moore, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that special circumstances warrant the examination sought. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes for affirmance on the authority of Shaw v. Samley Realty Co., Inc. (201 App. Div. 433). The date for the examination to proceed to be fixed in the order. Settle order on notice.

Samuel Danzig, Individually and on Behalf of All Other Stockholders of the Amasia Importing Corporation, Appellant, v. Amasia Importing Corporation and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mary A. Flanagan, Appellant, v. Simeon T. Flanagan, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Wener Holding Co., Inc., Plaintiff, v. Samuel Sokolski and Others, Appellants. Arthur Lewis, Receiver, Respondent.— Order so far as appealed from modified by reducing the charge for use and occupancy to $120 per month, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application and Petition of George J. Gillespie and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, etc., in the Counties of Westchester, Bronx, Queens and Kings, for the Purpose of Providing Additional Supply of Pure and Wholesome Water for the Use of the State of New York. Daniel Houlihan and Others, Appellants; The Board of Water Supply,